## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL E. McDONALD, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | CIVIL NO. 06-cv-4051-JPG |
| vs. ) | |
| ) | CRIMINAL NO. 03-cr-40021 |
| UNITED STATES of AMERICA , ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice.  Judgment is entered in favor of Respondent and against Petitioner.  Petitioner is to take nothing from this action.

April 7, 2006                          By:   **s/ J. Phil Gilbert**
*Date*                                       *District Judge*